# Court of Appeals
# of the State of Georgia

ATLANTA,  April 13, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0044. PAYNE v. PAYNE.**

Pursuant to Court of Appeals Rules 31 (i) and 40 (b), Felicia Payne's EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE APPLICATION FOR DISCRETIONARY APPEAL from the FINAL JUDGMENT AND DECREE OF DIVORCE that was entered by the trial court on March 13, 2017, is hereby GRANTED. Felicia Payne shall file her APPLICATION FOR DISCRETIONARY APPEAL on or before May 12, 2017.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  04/13/2017
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*